UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

THEODORE RICHARDSON,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, DET. SUZANNE
McDERMOTT, Individually and in her Official Capacity,
and "UNDERCOVER #7404," Individually and in her
Official Capacity,

                                Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

02-CV-3651 (JG) (CLP)

      **WHEREAS,** plaintiff Theodore Richardson commenced this action by filing a complaint on or about June 21, 2002 alleging that defendants violated his constitutional rights; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees except as provided for in paragraph "2"" below.

      2.    The City of New York hereby agrees to pay plaintiff the sum of **One Hundred Fifty Thousand ($150,000.00) Dollars** in full satisfaction of all

claims, inclusive of claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the City of New York and all individually named defendants, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by me in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release and An Affidavit of No Liens based on the terms of paragraph 2 above.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       October 16, 2006

| | |
|---|---|
| JON L. NORINSBERG, ESQ.<br>Attorney for Plaintiff<br>225 Broadway<br>Suite 2700<br>New York, New York 10007<br>(212) 791-5396<br><br>By: _/s/ Jon L. Norinsberg (JN 2133)_ | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>Attorney for Defendants City, McDermott, and Undercover #7404<br>100 Church Street<br>Room 3-212<br>New York, New York 10007<br>(212) 788-0823<br><br>By: _/s/ Hillary A. Frommer (HF 9286)_<br>Assistant Corporation Counsel |

**SO ORDERED:**

_____
United States District Judge

3